for the Third Circuit denied. *Mr. Charles W. Hills* for petitioners. *Mr. George E. Middleton* for respondents.

No. 495. GREENSBORO GAS CO. *v.* COMMISSIONER OF INTERNAL REVENUE. November 11, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Douglas M. Moffat* and *Wm. D. Whitney* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for respondent.

No. 496. INTERMOUNTAIN BUILDING & LOAN ASSN. ET AL. *v.* GALLEGOS ET AL. November 11, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. James R. Moore* for petitioners. *Mr. Thomas A. Flynn* for respondents.

No. 500. BERNHEIMER *v.* FIRST NATIONAL BANK OF BEVERLY HILLS ET AL. November 11, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Irving M. Walker* for petitioner. *Mr. Rollin L. McNitt* for respondents.

No. 501. ALADDIN MANUFACTURING CO. *v.* MANTLE LAMP CO. November 11, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Alvin E. Stein* for petitioner. *Mr. George I. Haight* for respondent.